# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-11356
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 8, 2014

Lyle W. Cayce
Clerk

DIANN IACOBUCCI; DANIEL BURGERS,

Plaintiffs-Appellants

v.

WELLS FARGO BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION, as
Trustee for CitiGroup Mortgage Loan Trust 2006-WFHE4, Asset-Backed
Pass-Through Certificates, Series 2006-WFHE4,

Defendants-Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:13-CV-1425

Before WIENER, OWEN, and HAYNES, Circuit Judges.

PER CURIAM:*

This appeal arises in the context of a foreclosure that prompted
Plaintiffs-Appellants Iacobucci and Burgers ("Plaintiffs") to sue Defendants-
Appellees ("Defendants") in state court. After Defendants removed that suit
to the district court, they filed a Federal Rule of Civil Procedure 12(b)(6) motion
to dismiss, relying principally on the Texas four-year limitations period for

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 13-11356

constitutional claims of the nature asserted by Plaintiffs under §50(a)(6)(B) of Article XVI of the Texas Constitution.

In its carefully crafted Memorandum Opinion and Order of November 13, 2013, the district court patiently reviewed the law applicable to the facts asserted by Plaintiffs and concluded that their state constitutional claims are time barred and that they cannot maintain any of their ancillary claims, e.g., breach of contract, Texas Debt Collection Act, Texas Deceptive Trade Practices Act, and fraud and fraudulent misrepresentation. For essentially the same reasons cogently explained in its Order, the district court's dismissal of Plaintiffs' action is, in all respects,

AFFIRMED.